IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   1:23-cv-690-MEH

DANIEL CAPPS

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Daniel Capps, and the Defendant, Allstate Fire and Casualty Insurance Company, for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff against Defendant in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: _____

UNITED STATES DISTRICT COURT

_____
MAGISTRATE JUDGE MICHAEL E. HEGARTY